IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

SEP 1 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants. | CV-20-132-BLG-SPW<br><br>ORDER |

Pursuant to Defendant Hanover American Insurance Company's ("Hanover") Unopposed Motion for Extension of Time to File Initial Appearance (Doc. 6), and for good cause shown,

IT IS HEREBY ORDERED that Defendant Hanover shall have until **September 4, 2020**, in which to file its Initial Appearance.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 31st day of August, 2020.

SUSAN P. WATTERS
United States District Court Judge

1