Adam Warren
Jordan W. FitzGerald
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Adam.Warren@moultonbellingham.com
Jordan.Fitzgerald@moultonbellingham.com

     Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER, <br><br>                       Plaintiff, <br><br>  -vs- <br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION, <br><br>                 Defendants. | Case No. CV 20-132-BLG-SPW <br><br><br>**PLAINTIFF'S UNOPPOSED MOTION TO VACATE AND RESET PRELIMINARY PRETRIAL CONFERENCE** |

Plaintiff PSC Custom, LLC, d/b/a Polar Service Center, by and through its counsel of record, respectfully moves the Court to vacate the Preliminary Pretrial Conference beginning at 1:30 p.m. on Monday, November 9, 2020.  This request is made due to a scheduling conflict that currently exists.

This Motion is unopposed.  Counsel for all parties are available to attend the conference during the days of November 16 or 19, 2020.

A proposed Order is attached to this Motion.

**DATED** this 14th day of September, 2020.

MOULTON BELLINGHAM PC


By __/s/  Adam Warren_____
       ADAM WARREN
       JORDAN W. FITZGERALD
       27 North 27th Street, Suite 1900
       P.O. Box 2559
       Billings, Montana 59103-2559

       ATTORNEYS FOR PLAINTIFF