IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>　　　　　　　　　　　Defendants. | Case No. CV 20-132-BLG-SPW<br><br>**ORDER VACATING AND RESETTING PRELIMINARY PRETRIAL CONFERENCE** |

Upon Plaintiff's Unopposed Motion to Vacate and Reset the Preliminary Pretrial Conference (Doc. __), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference currently set for November 9, 2020, at 1:30 p.m., is **VACATED** and **RESET** for November ____, 2020, at _____ __m.  All other deadlines outlined in the Court's Order of September 11, 2020 (Doc. 9), shall remain in effect.

**DATED** this _____ day of September, 2020.

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE