Martin S. King
WORDEN THANE P.C.
321 W. Broadway, Suite 300
Missoula, MT 59802
mking@wordenthane.com
(406) 721-3400

Joshua D. Stadtler
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
jstadtler@dunncarney.com
(503) 417-5507

*Attorneys for Defendants Sector Corporation and St. Johns Corporation*

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER, <br><br> Plaintiff, <br><br> v. <br><br> HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION, <br><br> Defendants. | Cause No: CV-20-132-SPW <br><br> MOTION FOR ADMISSION OF JOSHUA D. STADTLER *PRO HAC VICE* (AND CONSENT OF LOCAL COUNSEL) |

Comes Now, Martin S. King and the firm Worden Thane, P.C., attorneys for

Defendants Sector Corporation and St. Johns Corporation, and pursuant to Local

Rule 83.1(d) of the Local Rules of the United States District Court for the District

of Montana, hereby move for the admission of Joshua D. Stadtler, Esq., of the law firm Dunn Carney Allen Higgins & Tongue LLP, 851 SW Sixth Ave., Suite 1500, Portland, Oregon 97204, telephone: (503)417-5507, email: jstadtler@dunncarney.com, to practice before this Court, *pro hac vice,* as one of the counsel for the Defendants Sector Corporation and St. Johns Corporation. Counsel for the Plaintiff and for the Defendant Hanover have been contacted and they have indicated that they have no objection to this motion or to the *pro hac vice* admission of Mr. Stadtler.

As support for this motion attached hereto is the Affidavit of Joshua D. Stadtler as required of L.R. 83.1(d)(3) (D. Mont.).

By this motion and my signature below I, Martin S. King of Worden Thane PC, a licensed Montana attorney who is a member in good standing of the bar of this Court (Montana State Bar No. 2609), hereby consent to Mr. Stadtler's admission and represent that I will serve as local counsel for Defendants Sector Corporation and St. Johns Corporation in this cause; that the Court and other counsel may readily contact me as counsel for Sector and St. Johns regarding the conduct of this case, including for service of pleadings and documents, at the address and telephone number set forth on first page of this pleading; and that I will actively participate in all phases of this case as counsel for the Defendants Sector Corporation and St. Johns Corporation as required by L.R. 83.1(d)(2) and L.R. 83.1(d)(5) (D. Mont.)

For the foregoing reasons, Martin S. King and the firm Worden Thane P.C. respectfully request that the Court enter an order admitting Joshua D. Stadtler as an attorney authorized to practice before this Court, *pro hac vice,* and allow Mr. Stadtler to appear and participate as counsel for Defendants Sector Corporation and St. Johns Corporation in this cause.

Dated this 14th day of October, 2020.

> WORDEN THANE P.C.
> *Attorneys for Defendants Sector Corporation and St. Johns Corporation*
>
> */s/ Martin S. King*
> Martin S. King

## CERTIFICATE OF SERVICE

I hereby certify that on October 14th, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

> */s/ Martin S. King*
> Martin S. King