Martin S. King
WORDEN THANE P.C.
321 W. Broadway, Suite 300
Missoula, MT 59802
mking@wordenthane.com
(406) 721-3400

Joshua D. Stadtler
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
jstadtler@dunncarney.com
(503) 417-5507

*Attorneys for Defendant Sector Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants. | Cause No: CV-20-132-SPW<br><br>AFFIDAVIT OF JOSHUA D. STADTLER IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* |

State of Oregon
                ss:
County of Multnomah

    Under penalty of perjury, Joshua D. Stadtler hereby states and declares as follows:

(A) My name is Joshua D. Stadtler. I am a duly licensed, qualified, and practicing attorney at law in the State of Oregon and am admitted to practice in all state and federal courts in Oregon. My Oregon State Bar Number is 131613. My office address, firm name, telephone, fax, e-mail, and contact information are:

Joshua D. Stadtler
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
jstadtler@dunncarney.com
(503) 417-5507

(B) That I will pay, simultaneously with filing this application, the admission fee shown on the court's website, subject to reimbursement if the application is denied;

(C) That I am proficient in electronic filing in another federal district court;

(D) The following are the courts to which I have been admitted to practice, the date(s) of admission, and the date(s) of termination of admission, if any:

(1) Oregon State Bar, admitted May 21, 2013;

(2) United States District Court, District of Oregon, admitted August 19, 2013;

(3) Washington State Bar Association, admitted January 20, 2017;

(4) United States District Court, Western District of Washington, admitted September 7, 2017

(5) California State Bar, admitted December 10, 2010;

(6) United States District Court, Northern District of California, admitted October 3, 2011;

(7) United States District Court, Eastern District of California, admitted April 4, 2016;

(8) United States District Court, Central District of California, admitted March 20, 2016

(9) United States District Court, Southern District of California, admitted March 30, 2016;

(10) District of Columbia Bar, admitted December 10, 2012;

(11) United States Court of Appeals for the Ninth Circuit, admitted October 27, 2011;

(E) That I am in good standing and eligible to practice in these courts;

(F) That I am not currently suspended or disbarred in any other court;

(G) That I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent;

(H) I have not within the two years preceding the date of this application made any pro hac vice applications to this court;

(I) I understand that pro hac vice admission in this court is personal to me only and is not admission of my law firm and that I will be held fully accountable for the conduct of the litigation in this court;

(J) That I have complied with Montana Rule of Professional Conduct 8.5 by certifying under written oath to the Montana Supreme Court and the business offices of the State Bar of Montana that I will be bound by the Montana Rules of Professional Conduct and be subject to the disciplinary authority of Montana;

(K) That I will be associating with Martin S. King and Worden Thane P.C. of Missoula, Montana as local counsel whose contact information are set forth above.

(L) That I have read and am familiar with Local Rule 83.1.

DATED this 8th day of September, 2020.

By: _____
Joshua D. Stadtler

State of Oregon
        ss:
County of Multnomah

Subscribed and sworn before me on the 8th day of Sept., 2020 by Joshua D. Stadtler.



Notary Public for the State of Oregon
Printed or Typed Name: Crystal J. Lutjen
Notary Public for the State of Oregon
My Commission expires: 5/7/22

OFFICIAL STAMP
CRYSTAL J LUTJEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 974580
MY COMMISSION EXPIRES MAY 07, 2022