IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants. | Cause No: CV 20-132-BLG-SPW<br><br>ORDER ON MOTION FOR ADMISSION FOR PRO HAC VICE FOR JOSHUA D. STADTLER, ESQ. |

Defendant Sector Corporation has moved for an order allowing Joshua D. Stadtler, Esq. to appear pro hac vice in this case with Martin S. King, of Worden Thane P.C., Missoula, Montana, as local counsel. The application of Joshua D. Stadtler appear to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant's Motion to allow Joshua D. Stadtler to appear on their behalf is Granted, subject to the following conditions;

1. Local counsel shall exercise the responsibilities required by L.R. 8;3.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Stadtler must do his own work. He must do his own writing, sign his own pleadings, motions and briefs, and if designated lead co-counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and,

4. Admission is personal to Mr. Stadtler; it is not admission of their law firm.

FURTHER ORDERED:

This Order will be withdrawn as to Mr. Stadtler, if he fails, within fifteen (15) days from the date of this Order, to file an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this _____ day of October, 2020.

                                                  _____
                                                  SUSAN P. WATTERS
                                                  United States District Judge