Martin S. King
WORDEN THANE P.C.
321 W. Broadway, Suite 300
Missoula, MT 59802
mking@wordenthane.com
(406) 721-3400

Joshua D. Stadtler (Pro Hac Vice)
DUNN CARNEY ALLEN HIGGINS & TONGUE LLP
851 SW Sixth Ave., Suite 1500
Portland, OR 97204
jstadtler@dunncarney.com
(503) 224-6440

*Attorneys for Defendants Sector Corporation and St. Johns Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants. | Cause No. CV-20-132-B-SPW<br><br>CORPORATE DISCLOSURE STATEMENT ON BEHALF OF SECTOR CORPORATION |

This Corporate Disclosure Statement is filed on behalf of Sector Corporation pursuant to Federal Rule of Civil Procedure 7.1.

1

Sector Corporation states that it is a privately held corporation and has no parent corporation, nor does any publicly-held corporation own 10% or more of its stock.

DATED: October 14, 2020.

/s/ Joshua D. Stadtler
JOSHUA D. STADTLER (Pro Hac Vice)
DUNN CARNEY LLP
Of Attorneys for Defendants Sector
Corporation and St. Johns Corporation

/s/ Martin S. King
MARTIN S. KING
WORDEN THANE P.C.
Of Attorneys for Defendants Sector
Corporation and St. Johns Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on October 14th, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

/s/ Martin S. King
Martin S. King