IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



OCT 15 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants. | CV 20-132-BLG-SPW<br><br>ORDER |

Defendants Sector Corporation and St. Johns Corporation move for the admission of Joshua D. Stadtler to practice before the Court in the above captioned matter with Martin S. King, of Missoula, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiffs do not object.

IT IS SO ORDERED that Defendants Sector Corporation and St. Johns Corporation's motion to admit Joshua D. Stadtler to appear *pro hac vice* (Doc. 13) is GRANTED and he is authorized to appear as counsel with Martin S. King pursuant to L.R. 83.1(d) in the above captioned matter.

//

DATED this 15th day of October, 2020.

SUSAN P. WATTERS
United States District Judge