## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER, | Case No. CV-20-132-BLG-SPW |
| Plaintiff/Counter-Defendant, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, AND ST. JOHNS CORPORATION, | |
| Defendants/Counterclaimants. | |
| SECTOR CORPORATION, Cross-Claimant, | |
| v. | |
| HANOVER AMERICAN INSURANCE COMPANY, Cross-Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of

Defendant Hanover American Insurance Co. on Counts I, II and III as stated in the Court's Order E.C.F. 66.

Dated this 6th day of December 2021.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk