IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants/Counterclaimants. | CV 20-132-BLG-SPW<br><br>ORDER RESETTING SCHEDULING CONFERENCE |
| SECTOR CORPORATION,<br><br>Cross-Claimant,<br><br>v.<br><br>HANOVER AMERICAN INSURANCE COMPANY,<br><br>Cross-Defendant. | |

Upon the request of the parties at the telephonic Scheduling Conference on January 6, 2022,

IT IS HEREBY ORDERED that the <u>telephonic</u> scheduling conference is RESET for **Friday, February 11, 2022 at 1:30 p.m.**. The purpose of this

scheduling conference is to set a trial date and related deadlines. Counsel shall appear telephonically by following these steps:

1. Dial: 1-877-336-1828
2. Enter Access Code: 5803070#
3. Press: #
4. Speak your name at the tone

The clerk is directed to notify counsel of the entry of this Order.

DATED this 6th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge