IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, d/b/a POLAR SERVICE CENTER,<br><br>Plaintiff and Counter-Defendant,<br><br>-vs-<br><br>HANOVER AMERICAN INSURANCE COMPANY, SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Defendants and Counterclaimants. | Case No. CV 20-132-BLG-SPW<br><br>**ORDER DISMISSING REMAINING CLAIMS BETWEEN PSC AND SECTOR/ST. JOHNS *WITH PREJUDICE*** |
| SECTOR CORPORATION, and ST. JOHNS CORPORATION,<br><br>Cross-Claimants,<br><br>-vs-<br><br>HANOVER AMERICAN INSURANCE COMPANY,<br><br>Cross-Defendant. | |

Pursuant to the *Stipulation to Dismiss* between Plaintiff/Counter-Defendant PSC Custom, LLC, d/b/a Polar Service Center ("PSC") and Defendants/Counter-

1

claimants Sector Corporation ("Sector") and St. Johns Corporation ("St. Johns") (Doc. 77), and for good cause appearing,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED AS FOLLOWS**:

1. PSC's claim(s) against Defendants Sector and St. Johns, as asserted in PSC's *Complaint for Declaratory Judgment* (Doc. 4), are dismissed **with** prejudice;

2. Sector's and St. Johns' *Counterclaim* against PSC for Attorneys' Fees (Doc. 16 at ¶¶ 58-59) is dismissed **with** prejudice; and

3. Sector's *Counterclaims* against PSC for Declaratory Judgment (Doc. 16 at ¶¶ 60-71), Breach of Contract (Doc. 16 at ¶¶ 72-82), Indemnification (Doc. 16 at ¶¶ 83-86), and Negligence (Doc. 16 at ¶¶ 87-93) are dismissed **with** prejudice.

PSC's claims and Sector's crossclaims against Defendant/Counterclaimant Hanover American Insurance Company ("Hanover") have previously been adjudicated through this Court's summary judgment Order (Doc. 66) and entry of Judgment in favor of Hanover (Doc. 67) on December 6, 2021. Therefore, all the remaining claims before this Court are now dismissed with prejudice. However, this Order shall not encompass or affect any of the claims or crossclaims asserted against Hanover by PSC and Sector/St. Johns, including the rights of those parties to appeal the Order (Doc. 66) and Judgment (Doc. 67) entered on December 6, 2021. Each party will bear its own costs and attorneys' fees.

DATED this 3rd day of June, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE