UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PSC CUSTOM, LLC, D/B/A POLAR SERVICE CENTER,<br><br>    Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>HANOVER AMERICAN<br>    INSURANCE COMPANY,<br>    SECTOR CORPORATION,<br>    AND ST. JOHNS<br>    CORPORATION,<br><br>    Defendants and<br>    Counterclaimants.<br><br>SECTOR CORPORATION and<br>ST. JOHNS CORPORATION,<br>    Cross-Claimants.<br>    -vs-<br>HANOVER AMERICAN<br>INSURANCE COMPANY,<br>    Cross-Defendant | Case No. CV-20-132-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered as stated in the Courts Order E.C.F. 78.

Dated this 3rd day of June, 2022.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk