|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 13 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| PSC CUSTOM, LLC, DBA Polar Service Center,<br><br>            Plaintiff-Appellant,<br><br> v.<br><br>HANOVER AMERICAN INSURANCE COMPANY; SECTOR CORPORATION; ST. JOHNS CORPORATION,<br><br>            Defendants-Appellees. | No. 22-35528<br><br>D.C. No. 1:20-cv-00132-SPW<br>District of Montana, Billings<br><br>ORDER |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and oral argument would not significantly aid the decisional making process. Fed. R. App. P. 34(a)(2). Therefore, this case is ordered submitted on the briefs and record without oral argument on Friday, July 14, 2023, in Seattle, Washington.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT